**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SAMANTHA BLAIR o/b/o S.T.,** | |
| **Plaintiff,** | |
| **v.** | **No. 21-cv-3089-ZMF** |
| **KILOLO KIJAKAZI,** Acting Commissioner of Social Security, | |
| **Defendant.** | |

## ORDER

Upon consideration of Plaintiff Samantha Blair's Motion for Judgment of Reversal and Remand, *see* Pl.'s Mot. for J., ECF No. 19, on behalf of her minor son S.T., and the Defendant Commissioner of Social Security's Motion for Judgment of Affirmance, *see* Def.'s Mot. for J. of Affirmance, ECF No. 20, and Pl.'s Reply in Opp'n to Def.'s Mot., *see* ECF No. 23, and for the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that Plaintiff's Motion for Remand of Judgment is **GRANTED**; and it is further

**ORDERED** that Defendant's Motion for Affirmance of Judgment is **DENIED**.


Date: December 14, 2022

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE


1